# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

John and Jane Does 1-134
Plaintiff(s):

vs.

Lawrence G. Wasden, Attorney General for the State of Idaho, et al.
Defendant(s):

**AFFIDAVIT OF SERVICE**

Case Number: 1:16-CV-429

For:
Fuller Law Offices
P. O. Box L
Twin Falls, ID 83303

STATE OF IDAHO )
:**ss**
COUNTY OF ADA )

Received by Tri-County Process Serving LLC on July 7, 2017 to be served on **IDAHO ATTORNEY GENERAL'S OFFICE**.

I, Kasey L. Vink, who being duly sworn, depose and say that on Friday, July 7, 2017, at 2:20 PM, I:

**SERVED** the within named **Idaho Attorney General's Office** by delivering **two** true copies of the **Summons, Amended Complaint for Injunctive Relief, Letter** to Brian Kane, Deputy Attorney General, a person authorized to accept service on behalf of Idaho Attorney General's Office. Said service was effected at **700 W. Jefferson, Room C210, Boise, ID 83702**.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of Eighteen years and not a party to the action.

Our Reference Number: 160806
Client Reference:

Subscribed and sworn before me today
Monday, July 10, 2017

Kasey Vink

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

SHANNON ROESBERRY NOTARY PUBLIC STATE OF IDAHO

Shannon Roesberry
Notary Public for the State of Idaho
Residing at Boise, Idaho
My Commission Expires on November 20, 2018