LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
CLAY R. SMITH, ISB #6385
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:      (208) 854-8073
steven.olsen@ag.idaho.gov
clay.smith@ag.idaho.gov

    Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN and JANE DOES 1-134,  )  <br>                                   )  <br>                Plaintiffs,    )  <br>                                  ) <br> vs.                                  )  <br>                                  )  <br> LAWRENCE WASDEN, Attorney General )  <br> of the State of Idaho, *et al.*,     )  <br>                                  )  <br>               Defendants.   ) | Case No. 1:16-cv-429-DCN <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendants hereby notify this Court of the Idaho Court of Appeals' opinion in *State v. Kinney*, No. 44752, 2018 WL 1598914 (Idaho Ct. App. Apr. 3, 2018).  The opinion, as yet unreleased, is attached.

The opinion is relevant to cruel and unusual punishment challenge, as well as to the other "punishment"-based claims, raised by Plaintiffs concerning the Sex Offender Registration Notification and Community Right-to-Know Act, Idaho Code §§ 18-8301 to -8331.  The opinion is further relevant to the summary of Idaho decisional authority issued since *Smith v. Doe*, 538

NOTICE OF SUPPLEMENTAL AUTHORITY - 1

U.S. 84 (2002), and discussed at pages 10 through 12 of the Memorandum in Support of Defendants' Motion to Dismiss Amended Complaint.  ECF No. 15-1 at 19-21.

DATED: April 4, 2018

> STATE OF IDAHO
> OFFICE OF THE ATTORNEY GENERAL
>
> By    /s/ *Clay R. Smith*
>       Clay R. Smith
>       Deputy Attorney General

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Greg J. Fuller
Daniel S. Brown
fullerlaw@cableone.net
*Attorney for Plaintiffs*

>    /s/ *Clay R. Smith*
>    Clay R. Smith
>    Deputy Attorney General