LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
CHRIS KRONBERG, ISB #4151
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
steven.olsen@ag.idaho.gov
chris.kronberg@itd.idaho.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JOHN and JANE DOES 1-134,<br><br>Plaintiffs,<br><br>vs.<br><br>LAWRENCE WASDEN, Attorney General of the State of Idaho, *et al.*,<br><br>Defendants. | Case No. 1:16-cv-429-DCN<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

NOTICE IS HEREBY GIVEN that the undersigned attorney, Chris Kronberg, Deputy Attorney General, does hereby appear as one of the attorneys of record for Defendants in the above-entitled matter. The appearance is in substitution of Peter L. Wucetich.

DATED this 2nd day of October, 2018.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By *___/s/ Chris Kronberg___*
CHRIS KRONBERG
Deputy Attorney General

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 2, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Greg J. Fuller
Daniel S. Brown
fullerlaw@cableone.net
*Attorney for Plaintiffs*

/s/ *Chris Kronberg*
CHRIS KRONBERG
Deputy Attorney General