UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN AND JANE DOES 1-134,<br><br>    Plaintiffs,<br><br>      v.<br><br>LAWRENCE WASDEN, Attorney General of the State of Idaho, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00429-DCN<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered on April 5, 2019 (Dkt. 47),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendants, and this case closed.

DATED: April 9, 2019

David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1