# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **District of Idaho**

U.S. District Court case number: **1:16-cv-00429-DCN**

Date case was first filed in U.S. District Court: **09/22/2016**

Date of judgment or order you are appealing: **04/09/2019**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(•) Yes   ( ) No   ( ) IFP was granted by U.S. District Court

---

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

All Plaintiffs

Is this a cross-appeal? ( ) Yes   (•) No

If Yes, what is the first appeal case number? **N/A**

Was there a previous appeal in this case?   ( ) Yes   (•) No

If Yes, what is the prior appeal case number? **N/A**

Your mailing address:

P. O. Box L

City: **Twin Falls**   State: **ID**   Zip Code: **83303**

Prisoner Inmate or A Number (if applicable): **N/A**

Signature: [signature]   Date: **5/5/2019**

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
All Plaintiffs

Name(s) of counsel (if any):
Greg J. Fuller
Daniel S. Brown

Address: P. O. Box L, Twin Falls, ID 83303

Telephone number(s): 208-734-1602

Email(s): fullerlaw@cableone.net

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
All Defendants

Name(s) of counsel (if any):
Chris Kronberg
Office of the Attorney General

Address: PO Box 7129, Boise, ID 83707-1129

Telephone number(s): 208-334-8813

Email(s): chris.kronberg@itd.idaho.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                  1                                  New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ☐ Yes   ☐ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6  2  *New 12/01/2018*