# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

(X) Status Conference

U.S. District Judge: David C. Nye  
Law Clerk:   Nicole Trotta

Date: February 4, 2021  
Time: 2:00 – 2:15 pm  
Pocatello, Idaho (via zoom)

## JOHN and JANE DOES 1-134 V LAWRENCE WASDEN et al.
## CASE NO.   1:16-cv-429-DCN

The above entitled matter came before the Court for the purpose of a Status Conference held on February 4, 2021.   Appearing on behalf of the Plaintiff's was Daniel S. Brown.   Appearing on behalf of the Defendant's was Leslie M. Hayes.   All parties consented to this matter being heard via zoom rather than an in-person hearing.

After discussion and at the request of counsel, the Court gave the Plaintiffs four (4) weeks to file their Third Amended Complaint. The Court then scheduled another Status Conference for March 17, 2021 at 9:00 am via zoom. A zoom link will be provided at a later time.