**Greg J. Fuller**
**Daniel S. Brown**
**FULLER LAW OFFICES**
Attorneys at Law
161 Main Avenue West
P. O. Box L
Twin Falls, ID 83303
Telephone: (208) 734-1602
Facsimile : (208) 734-1606
ISB #1442
ISB #7538
fullerlaw@cableone.net

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

* * * * *

| | |
|---|---|
| JOHN and JANE DOES 1-134, ) | Case No. 1:16-CV-429-DCN |
| ) | |
| Plaintiffs, ) | SECOND CONSENT MOTION |
| ) | FOR EXTENSION OF TIME TO |
| vs. ) | FILE THIRD AMENDED |
| ) | COMPLAINT |
| LAWRENCE WASDEN, Attorney General ) | |
| of the State of Idaho, *et al.*, ) | |
| ) | |
| Defendants. ) | |

* * * * *

COME NOW The Plaintiffs, John and Jane Does 1-134, by and through the undersigned attorneys, Fuller Law Offices, and hereby request an additional thirty (30) day extension of time from April 5, 2021, to May 5, 2021, within which to file a Third Amended Complaint.   As grounds for the requested extension, Plaintiffs state:

1. The Plaintiffs' Third Amended Complaint is due Monday, April 5, 2021.

2. That an extension of thirty (30) days in which to file a Third Amended

SECOND CONSENT MOTION FOR EXTENSION OF TIME - 1

Complaint is requested based upon the following:

    A.   Due to the complexity of this matter, counsel has been conferring with Attorney, Matthew Strugar, relative to appearing as co-counsel (lead counsel) in this matter, including assisting in drafting the Third Amended Complaint and handling future litigation. A final contract in this regard is nearing signature. Based upon the above, counsel believes that an extension of thirty (30) days would be more than sufficient to complete and file the Third Amended Complaint.

    3.   Counsel for Plaintiffs has conferred with counsel for Defendants who **consents** (has no objection) to the extension requested herein.

WHEREFORE, Plaintiffs request entry of an Order extending the time within which to file a Third Amended Complaint to May 5, 2021.

DATED This 31st day of March, 2021.

    FULLER LAW OFFICES

    /s/ Greg J. Fuller
    Greg J. Fuller
    Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY That on March 31, 2021, I filed the foregoing electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Leslie M. Hayes
Deputy Attorney General
Leslie.hayes@ag.idaho.gov

    /s/ Greg J. Fuller

SECOND CONSENT MOTION FOR EXTENSION OF TIME - 2