# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**(X) Motion hearing**

U.S. District Judge: David C. Nye  
Deputy Clerk: Sunny Trumbull  
Court Reporter: Anne Bowline

Date: December 21, 2021  
Time: 9:00 – 9:52 a.m.

## JOHN AND JANE DOES 1-134 vs. WASDEN et al.
## Case No. 1:16-cv-429-DCN

Counsel for:  Plaintiffs: Matthew Strugar  
　　　　　　 Defendants: Leslie Hayes and Cory Carone

The Court noted this matter is now set to take up the Defendants' Motion to Dismiss (docket #76).

Argument presented to the Court by counsel.

Matter taken under advisement. Written decision forthcoming.