LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L OLSEN
Chief, Civil Litigation Division

LESLIE M. HAYES, ISB #7995
CORY M. CARONE, ISB #11422
Deputy Attorneys General
Civil Litigation Division
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
leslie.hayes@ag.idaho.gov
cory.carone@ag.idaho.gov
*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN and JANE DOES 1-134, ) | |
| ) | Case No. 1:16-cv-429-DCN |
| Plaintiffs, ) | |
| ) | **NOTICE OF WITHDRAWAL OF** |
| vs. ) | **COUNSEL** |
| ) | |
| LAWRENCE WASDEN, Attorney General ) | |
| of the State of Idaho, *et al.*, ) | |
| ) | |
| Defendants. ) | |

NOTICE IS HEREBY GIVEN that Deputy Attorney General Cory M. Carone, co-counsel for Defendants, hereby withdraws as an attorney of record for Defendants and requests that his name be removed as attorney of record.  Deputy Attorney General Leslie M. Hayes will continue as counsel of record for Defendants.

/ / /

/ / /

/ / /

NOTICE OF WITHDRAWAL OF COUNSEL - 1

DATED: April 14, 2022.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By   */s/ Cory M. Carone*
     Cory M. Carone
     Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Greg J. Fuller
Daniel S. Brown
FULLER LAW OFFICES
Attorneys at Law
161 Main Avenue West
P.O. Box L
Twin Falls, ID  83303
fullerlaw@cableone.net

MATTHEW STRUGAR, *Pro Hac Vice*
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T: (323) 696-2299
matthew@matthewstrugar.com

*Attorneys for Plaintiffs*

        /s/ *Cory M. Carone*
        Cory M. Carone
        Deputy Attorney General