LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L OLSEN
Chief, Civil Litigation Division

LESLIE M. HAYES, ISB #7995
ALAN W. FOUTZ, ISB #11533
Deputy Attorneys General
Civil Litigation Division
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
leslie.hayes@ag.idaho.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JOHN and JANE DOES 1-134, | ) | Case No. 1:16-cv-429-DCN |
| Plaintiffs, | ) ) | **NOTICE OF SUBSTITUTION OF** |
| vs. | ) ) | **COUNSEL** |
| LAWRENCE WASDEN, Attorney General of the State of Idaho, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

NOTICE IS HEREBY GIVEN that Deputy Attorney General Alan W. Foutz, does hereby appear as an attorney of record for Defendants in the above-referenced matter.  This appearance is in substitution for Deputy Attorney General Leslie M. Hayes.  All future pleadings, submissions and correspondence should be addressed to Deputy Attorney General Alan W. Foutz, Office of the Attorney General, Civil Litigation Division, P.O. 83720, Boise, ID 83720-0010.

The Clerk of the Court is hereby requested to make such entries as may be required to record such substitutions, including removing Deputy Attorney General Leslie M. Hayes as

counsel of record and adding Deputy Attorney General Alan W. Foutz on all appropriate mailing lists.

Dated this 1st day of November, 2022.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By:   /s/  *Leslie M Hayes*
      Leslie M. Hayes
      Deputy Attorney General

By:   /s/  *Alan W. Foutz*
      Alan W. Foutz
      Deputy Attorney General

NOTICE OF WITHDRAWAL OF COUNSEL - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Greg J. Fuller
Daniel S. Brown
FULLER LAW OFFICES
Attorneys at Law
161 Main Avenue West
P.O. Box L
Twin Falls, ID  83303
fullerlaw@cableone.net

MATTHEW STRUGAR, *Pro Hac Vice*
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T: (323) 696-2299
matthew@matthewstrugar.com

*Attorneys for Plaintiffs*

   /s/ *Cory M. Carone*
Cory M. Carone
Deputy Attorney General

NOTICE OF WITHDRAWAL OF COUNSEL - 3