RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

KYLE D. GRIGSBY, ISB #10709
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
kyle.grigsby@ag.idaho.gov

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANE DOE #35, JANE DOE #36, JOHN DOE #115, JOHN DOE #118, and JOHN DOE #123,<br><br>*Plaintiffs,*<br><br>v.<br><br>RAÚL R. LABRADOR[1], Attorney General of the State of Idaho, *et al.*,<br><br>*Defendants.* | Case No. 1:16-cv-429-DCN<br><br>**NOTICE OF APPEARANCE** |

---

[1] Raúl R. Labrador is substituted for former Attorney General Lawrence Wasden. Fed. R. Civ. P. 25(d).

NOTICE IS HEREBY GIVEN that Kyle D. Grigsby, Deputy Attorney General, does hereby appear as an attorney of record on behalf of Defendants. All future pleadings, submissions and correspondence should be addressed to Kyle D. Grigsby as counsel for Defendants.

DATED: December 28, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By:   /s/ *Kyle D. Grigsby*
      KYLE D. GRIGSBY
      Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Greg J. Fuller<br>fullerlaw@cableone.net | David B. Rankin<br>drankin@blhny.com |
| Daniel S. Brown<br>brown_law@hotmail.com | Regina Powers<br>rpowers@blhny.com |
| Matthew Struger<br>matthew@matthewstruger.com | |

*Attorneys for Plaintiff*

        /s/ *Kyle D. Grigsby*
        KYLE D. GRIGSBY