# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

JANE DOE #35, et al.,

         Plaintiffs,

v.

RAÚL LABRADOR, et al.,

         Defendants.

Case No. 1:16-cv-429-DCN

**ORDER MODIFYING SCHEDULING ORDER**

The parties filed a Joint Stipulation and Motion to Extend the pre-trial dates set in this matter ("Motion"). Dkt. 102. Having reviewed the Motion, and good cause appearing,

**IT IS HEREBY ORDERED**: The Scheduling Order (Dkt. 95) deadlines are extended to the following dates:

Plaintiffs' Expert Disclosures:          **January 20, 2025**

Defendants' Expert Disclosures:          **February 18, 2025**

Plaintiff's Rebuttal Expert Disclosures:   **March 14, 2025**

Expert & Fact Discovery Cut-Off:       **April 20, 2025**

Dispositive Motions:                **May 8, 2025**

DATED: September 4, 2024

David C. Nye
Chief U.S. District Court Judge