Matthew Strugar (*pro hac vice*)
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T: (323) 696-2299
matthew@matthewstrugar.com

David B. Rankin (*pro hac vice*)
BELDOCK LEVINE & HOFFMAN, LLP
99 Park Avenue, PH/26th Floor
New York, New York 10016
T: (212) 277-5825
drankin@blhny.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JANE DOE #36, JOHN DOE #64, JOHN DOE #115, and JOHN DOE #117, | Case No. 1:16-cv-429-DCN |
| Plaintiffs, | |
| v. | **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| RAÚL LABRADOR, Attorney General of the State of Idaho; and COLONEL BILL GARDINER, Director of the Idaho State Police, in their official capacities, | |
| Defendants. | |

Plaintiffs Jane Doe #36, John Doe #54, John Doe #115, and John Doe #117 move this Court, in accordance with Rule 56 of the Federal Rules of Civil Procedure, for an order granting partial summary judgment in their favor and against Defendants Raúl Labrador and Colonel Bill Gardiner on Plaintiffs' First Cause of Action for violations of the *Ex Post Facto* Clause.

This motion is based on this motion, the brief in support of this motion, Plaintiffs' Statement of Material Fact, the declarations of Jane Doe #36, John Doe #54, John Doe #115, John Doe #117, and Matthew Strugar and the exhibits attached to each, the paper and pleadings on file in this matter, and on such further oral or written argument as the Court may consider at or prior to the hearing on this matter.

Date:   June 5, 2025                    /s/ Matthew Strugar
                                        Matthew Strugar (*pro hac vice*)